# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | PATRICK FRANCIS & KATHLEEN LOUISE KEERY |
| **Case Number:** | 2:10-bk-23584-RJH  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 17, 2010 01:30 PM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## *Matter:*

CHAPTER 11 STATUS CONFERENCE

**R / M #:**  20 / 0

## *Appearances:*

CHRIS CHICOINE, ATTORNEY FOR PATRICK FRANCIS KEERY, KATHLEEN LOUISE KEERY

## *Proceedings:*

Mr. Chicoine advised the debtors are in bankruptcy because they invested in a real estate project that was foreclosed on. He stated the debtor has a rental property that is currently rented. He informed a cash collateral order has been recently entered.

COURT: NO FURTHER HEARINGS WILL BE SET EXCEPT ON REQUEST OF A PARTY.