AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street
Suite 100
Phoenix, Arizona 85016-4859
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: dlh@ashrlaw.com
E-Mail: prr@ashrlaw.com
E-Mail: crc@ashrlaw.com
D. Lamar Hawkins – 013251
Philip R. Rupprecht – 009288
Christopher R. Chicoine -- 025260
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>PATRICK FRANCIS KEERY and KATHLEEN LOUISE KEERY,<br><br>Debtors.<br><br>Address: 7119 E. Shea Blvd.<br>Suite 109-271<br>Scottsdale, AZ 85254<br><br>Social Security No(s).: xxx-xx-7618<br>xxx-xx-1961 | Chapter 11 Proceedings<br><br>Case No. 2:10-bk-23584-RJH<br><br>**MOTION TO EXTEND PLAN FILING DEADLINES**<br><br>Current Deadline: October 26, 2010 |

Patrick and Kathleen Keery (the "Debtors") request the Court pursuant to 11 U.S.C. §1121(d) to extend the deadline within which the Debtors have to file a Plan an additional sixty (60) days from October 26, 2010 to December 27, 2010, and to extend the period within which the Debtors have the exclusive right to solicit acceptances of the Plan an additional sixty (60) days from January 24, 2011 to March 25, 2011. There is no Unsecured Creditors Committee in this proceeding. The Debtors believe additional time is warranted.

The size and complexity of this bankruptcy reorganization and various extenuating circumstances justify the extension of the plan filing deadlines. The Debtors filed their petition on July 28, 2010.

There do not appear to be any parties who would be affected detrimentally by the extension of time. The Debtors are making good faith progress toward filing a Plan. Therefore, it is in the

best interest of all creditors to extend the time in which the Debtors have to file a Plan for an additional 60 days from October 26, 2010 to December 27, 2010, and to extend the period within which the Debtors have the exclusive right to solicit acceptances of the Plan an additional 60 days from January 24, 2011 to March 25, 2011.

The Debtors have only been in bankruptcy for three months. Their good faith efforts in progressing toward a successful reorganization are evident. Finally, they are working diligently to secure a means by which to reorganize. The Debtors firmly believe they are in the best position to create and negotiate the best possible Plan for creditors.

WHEREFORE, the Debtors pray that this Court enter an order extending the deadline that the Debtors have to file a Plan for an additional 60 days from October 26, 2010 to December 27, 2010, and to extend the period within which the Debtors have the exclusive right to solicit acceptances of the Plan an additional 60 days from January 24, 2011 to March 25, 2011, and granting such other relief as this Court may deem proper.

DATED this ____ day of October, 2010.

AIKEN SCHENK HAWKINS & RICCIARDI P.C.

By _____
D. Lamar Hawkins
Philip R. Rupprecht
Christopher R. Chicoine
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016-4859
Attorneys for Debtors

COPY of the foregoing mailed, or served
via electronic notification* or fax** or if so marked,
this 25 day of October, 2010 to:

U.S. TRUSTEE'S OFFICE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706

Lori Winkelman lori.winkelman@quarles.com
John S. Craiger john.craiger@quarles.com
Arturo Thompson Arturo.thompson@quarles.com
QUARLES & BRADY, LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
    Attorney for: Meridian Bank, N.A.

2

1 | J. Scott Dutcher dutchers@mail.maricopa.gov
2 | 301 W. Jefferson St., Suite 3200
Phoenix, AZ 85003-2143
3 | Gls_court_minute_entries@mail.maricopa.gov
Attorney for: Maricopa County

4 | Mark S. Bosco msb@tblaw.com
5 | TIFFANY & BOSCO P.A.
2525 E. Camelback Rd., Suite 300
6 | Phoenix, AZ 85016
Attorney for: Bank of America N.A.
7 |

8 | /s/ Susan Keery
9 | S:\Keery.P\20111401\Pleadings\MotExtPlan.doc

3